Case 1:25-cv-01779-EK-MMH    Document 8    Filed 07/15/25    Page 1 of 1 PageID #: 31

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————x

ROSEMARY YOBOBY,                                    Civil Action No. 1:25-cv-01779

        Plaintiff,

   -against-

                                   **NOTICE OF VOLUNTARY
                                   DISMISSAL**

PIZZA-PLUS BOWLAPASTA BROS. INC d/b/a
PIZZA PLUS and HO YING INC.,

        Defendants.

———————————————————x

        Plaintiff Rosemary Yoboby, by and through undersigned counsel and pursuant to Rule

41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action

without prejudice.

        Dated: July 15, 2025

By: _____

        Andre Autz, Esq .
           *Attorney for Plaintiff*
        Nacmias Law Firm, PLLC.
        592 Pacific Street, 1st Floor
        Brooklyn, New York 11217
        (917) 813-5374